# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: Leo I. Brisbois | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 25-cr-4 (LMP/LIB) |
| | ) | Date: | July 25, 2025 |
| Eric Scott Peterson, | ) | Courthouse: | Duluth |
| | ) | Courtroom: | Zoom from Courtroom 3 |
| Defendant, | ) | Court Reporter: | Digital Recording |
| | | Time Commenced: | 1:37 p.m. |
| | | Time Concluded: | 1:43 p.m. |
| | | Time in Court: | 6 minutes |

**APPEARANCES:**

Plaintiff:          Nichole Carter, Assistant U.S. Attorney
Defendant:     Jean Brandl, Assistant Federal Public Defender

**Second Superseding Indictment Dated:** 7/1/2025

X  Reading of Indictment Waived        X  Not Guilty Plea Entered

Other Remarks:

X  Defendant consents to this hearing via video conference.

                                                                               s/JLB
                                              Signature of Courtroom Deputy