# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## FINAL PRETRIAL CONFERENCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC SCOTT PETERSON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br><br>Case No:      25-CR-004 LMP/LIB<br>Date:          March 25, 2026<br>Court Reporter: Lynne Krenz<br>Courthouse:   St. Paul<br>Courtroom:    7B<br>Time Commenced: 10:34 a.m.<br>Time Concluded:   12:00 p.m.<br>Time in Court:  1 hour, 26 minutes |

Before Laura M. Provinzino, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

  For Plaintiff: Garrett Fields and David Classen, Assistant United States Attorneys
  For Defendant: Jean Brandl, Office of the Federal Defender

PROCEEDINGS:

  ☒ **Final Pretrial Conference**
  ☒ Argument on Motions in Limine (ECF Nos. 57, 59, 60, 61, 62). Motions taken under advisement.
  ☒ Discussion regarding trial issues.

_____s/T. Campbell_
Courtroom Deputy
